**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| STEPHANIE HOBIA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.  CIV-05-1147-F |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner, Social Security ) | |
| Administration, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Plaintiff brings this action pursuant to 42 U.S.C. § 405(g) seeking judicial review of the final decision of the Commissioner of the Social Security Administration denying her application for supplemental security income benefits.

Magistrate Judge Doyle W. Argo issued a Report and Recommendation on August 31, 2006 (doc. no. 20), recommending that the Commissioner's decision be reversed and that the matter be remanded to the Commissioner for further administrative proceedings.  In his Report, the magistrate judge advised the parties of their right to object to the Report and Recommendation on or before September 20, 2006.  Neither party has filed an objection to the Report, and neither party has requested an extension of time within which to file any objection to the Report.

With no objection being filed, and having reviewed the Report, the record, and the relevant arguments and authorities, the court finds that no purpose would be served by setting out any further analysis here and that the Report should be adopted in its entirety.

Accordingly, the court **ACCEPTS**, **AFFIRMS**, and **ADOPTS** the findings and recommendations of Magistrate Judge Argo as stated in his Report and Recommendation. This matter is hereby **REVERSED** and **REMANDED** to the Commissioner for further proceedings consistent with the Report.

Dated this 21st day of September, 2006.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

05-1147p002(pub).wpd